# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/10/19 10:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: )
)
Austin E. Toy and )  Case No.: 19-22512-GLT
Nancy L. Toy, )  Chapter 7
    Debtors. )
_____ )
Austin E. Toy and )
Nancy L. Toy, )  Related to Dkt. No. 12
)
    Movants, )
)
v. )
)
No Respondent. )

## ORDER

AND NOW, to wit, this __10th__ day of _____July_____, 2019, it is hereby ORDERED, ADJUDGED and DECREED, that the debtors, Austin E. Toy and Nancy L. Toy, are hereby granted an extension until July 23, 2019 to file a completed Chapter 7 petition in this case. No additional extensions will be requested or granted.

_____ J.
U.S. Bankruptcy Judge            jah

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 19-22512-GLT
Austin E. Toy                                                            Chapter 7
Nancy L. Toy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                Page 1 of 1              Date Rcvd: Jul 10, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
db/jdb         +Austin E. Toy,    Nancy L. Toy,    728 Indiana Avenue,    Avonmore, PA 15618-9739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa M. Swope    lms@nsslawfirm.com, PA73@ecfcbis.com
              Matthew M. Herron    on behalf of Debtor Austin E. Toy mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Nancy L. Toy mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 6