IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **19-22512** |
| **Austin E. Toy, Jr.** | : | |
| **Nancy L. Toy** | : | Chapter **7** |
| | : | |
| Debtor | : | |
| | : | Related to Document No. |
| **Austin E. Toy, Jr.** | : | |
| **Nancy L. Toy** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondent | : | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, **Matthew M. Herron 88927**, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtors' complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

Alltran Financial, LP
PO Box 722901
Houston, TX 77272

Amazon/Chase
P.O. Box 152123
Wilmington, DE 19850

Barclay's Bank Delaware
P.O. Box 8803
Wilmington, DE 19850

Bayview Loan Servicing
4425 Ponce De Leon Blvd.
Miami, FL 33146

Calvary Portfolio Services, LLC
P.O. Box 27288
Tempe, AZ 85282

Capital One Bank
PO Box 71083
Charlotte, NC 28272-1083

CBCS
PO Box 2724
Columbus, OH 43216-2724

Chase
PO Box 1423
Charlotte, NC 28201-1423

CitiCards
PO Box 9001037
Louisville, KY 40290-1037

Citicards CBNA
PO Box 6241
lbs Cdv Disputes
Sioux Falls, SD 57117-6241

CitiFinancial
PO Box 9001082
Louisville, KY 40290

Client Services, Inc.
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

D&A Services
1400 E. Touhy Ave, Ste. G2
Des Plaines, IL 60018

```
Dell Preferred Account
P.O. Box 6403
Carol Stream, IL 60197

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438-5908

First Bank Card
PO Box 2557
Omaha, NE 68103

Gander Mountain
PO Box 659569
San Antonio, TX 78265

JCPenney
PO Box 965009
Orlando, FL 32896

JPMCB Card
PO Box 15298
Wilmington, DE 19850

Juniper
PO Box13337
Philadelphia, PA 19101-3337

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106

LVNV Funding
PO Box 1269
Greenville, SC 29602

One Main
PO Box742536
Cincinnati, OH 45274-2536

One Main Financial
PO Box 1010
Evansville, IN 47706

Plum Borough Municipal Authority
4555 New Texas Rd.
Pittsburgh, PA 15239

Portfolio Recovery
120 Corporate Blvd.
Suite 1
Norfolk, VA 23502
```

```
Portfolio Recovery Associates, LLC
PO Box 12919
Norfolk, VA 23541

Quest Diagnostics
PO Box 740717
Cincinnati, OH 45274

QVC
PO Box 530905
Atlanta, GA 30353-0705

Sam's Club
P.O. Box 530942
Atlanta, GA 30353

Sears
PO Box 9001055
Louisville, KY 40290-1055

Select Portfolio Servicing
P.O. Box 65250
Salt Lake City, UT 84165-0250

Springleaf
PO Box 742536
Cincinnati, OH 45274-2536

SST Card Services
PO Box 23060
Columbus, GA 31902

SST/SYNOVUS
P.O. Box 3997
Saint Joseph, MO 64503

SYNCB/Lowes
PO Box 960010
Orlando, FL 32896

SYNCB/Walmart
PO Box 530927
Atlanta, GA 30353-0927

UPMC Physician Services
PO Box 16346
Pittsburgh, PA 15242

Wells Fargo
PO Box 660553
Dallas, TX 75266

Weltman, Weinberg & Reis
437 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219
```

```
Weltman, Weinberg & Reis Co., LPA
323 W. Lakeside Ave.
Ste 200
Cleveland, OH 44113

WF FIN BANK
3201 N 4th Ave.
Sioux Falls, SD 57104
```