866-311-2650   Valerie    724-212-2762

Case 19-22512-GLT   Doc 19   Filed 07/19/19   Entered 07/19/19 10:41:10   Desc Main
Document   Page 1 of 14

# Social Security Administration
# Retirement, Survivors and Disability Insurance

Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: February 1, 2019
BNC#: 19T2005G19976-A

```
0021249  00065398     1 AB  0.412 0125M1T2R2PN T203 P12
AUSTIN E TOY JR
209 MCJUNKIN RD
PITTSBURGH PA 15239-1843
```

We are writing to you about your Social Security benefits.

**What You Should Know**

Your Medicare Part A (hospital insurance) and Part B (medical insurance) start March 2019.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $1,212.70 for February 2019 around March 13, 2019.
- After that you will receive $1,212.70 on or about the second Wednesday of each month.

**Your Benefits**

We will continue to withhold money for voluntary Federal tax withholding as you requested.

We will withhold $91.30 from your benefit for February 2019. Thereafter, we will withhold $91.30 each month.

**Information About Medicare**

Your monthly premium for Medicare Part B (medical insurance) is $135.50 beginning March 2019.



C                                    See Next Page

## Social Security Administration
## Retirement, Survivors and Disability Insurance

Important Information

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  March 22, 2019
BNC#:   19T2005G10979-A

0036556  00101589     1 AB  0.412 0315M1T2R2PN T266 P11
NANCY L TOY
728 INDIANA AVENUE
AVONMORE PA 15618-9739

We are writing to you about your Social Security benefits.

**What You Should Know**

We changed your monthly benefit to $637.30 as of January 2019.  We found that your prior amount was incorrect.

We changed your benefit amount to give you credit for your 2018 earnings. We did not include these earnings when we figured your benefit amount before.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $8.00 around March 30, 2019.

- This is the money you are due through February 2019.

- You will receive $637.00 for March 2019 around April 17, 2019.

- After that you will receive $637.00 on or about the third Wednesday of each month.



C                          See Next Page

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.



**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-527-9339. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> SUITE 210
> 400 OXFORD DRIVE
> MONROEVILLE, PA 15146

```
                                              This Pay    Year To Date
   HOURS           at $      9.25  per hour        .00         782.00
                                                113.35         113.35
  .INS                                             .00         837.06
SS WAGES                                    +   113.35       6,509.81
CIAL SECURITY                               -     7.03         403.61
MEDICARE                                    -     1.64          94.39
FEDERAL-Paid bi-weekly-Single  1 exemptions -      .00          87.52
Pennsylvania State                          -     3.48         199.87
Local EIT PSD Code 720601                   -     1.13          65.10
PAUC                                        -      .07           3.91
CHECK TO YOU                                -   100.00         100.00
DIRECT DEPOSIT To  Checking Acct ####248633 -      .00       5,555.41
```

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 12/12/2018 with    DD 580132
  by  Plum Borough Community Library
E-mailed To: nancy.toy2009@yahoo.com

10

```
                                                         This Pay   Year To Date
    HRS            at $      9.25  per hour                28.00         810.00
                                                             .00         113.35
    INS                                                    39.86         876.92
GROSS WAGES                                         +     219.14       6,728.95
SOCIAL SECURITY                                     -      13.59         417.20
MEDICARE                                            -       3.18          97.57
FEDERAL-Paid bi-weekly-Single  1 exemptions         -        .00          87.52
Pennsylvania State                                  -       6.73         206.60
Local EIT PSD Code 720601                           -       2.19          67.29
PAUC                                                -        .13           4.04
CHECK TO YOU                                        -        .00         100.00
DIRECT DEPOSIT To  Checking Acct ####248633         -     193.32       5,748.73
```

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 12/12/2018 with     DD 580352
  by  Plum Borough Community Library
E-mailed To: nancy.toy2009@yahoo.com

10

- **lingensmithm@einetwork.net**

  To:nancy.toy2009@yahoo.com

  Jan 23 at 1:00 AM

|  |  |  |  |  | This Pay | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HOURS | at $ | 10.00 | per hour |  | 8.00 | 8.00 |
| AFLAC.INS |  |  |  |  | 39.86 | 39.86 |
| GROSS WAGES |  |  |  | + | 40.14 | 40.14 |
| SOCIAL SECURITY |  |  |  | - | 2.49 | 2.49 |
| MEDICARE | - | .58 | .58 |  |  |  |
| Pennsylvania State |  |  |  | - | 1.23 | 1.23 |
| Local EIT PSD Code 720601 | - | .40 | .40 |  |  |  |
| PAUC | - | .02 | .02 |  |  |  |
| DIRECT DEPOSIT To  Checking Acct #####248633 |  |  |  | - | 35.42 | 35.42 |

SS # 193-46-xxxx Employee 11 Nancy L. Toy
Paid on 01/23/2019 with     DD 585363
  by   Plum Borough Community Library

- 
- 
- 
- 

---

- Reply
- ,
- Reply All
- or
- Forward

  Send

**ngensmithm@einetwork.net**
To:nancy.toy2009@yahoo.com
Feb 6 at 1:00 AM

|  |  |  |  |  | This Pay | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HOURS | at $ | 10.00 | per hour |  | 8.00 | 16.00 |
| AFLAC.INS |  |  |  |  | 39.86 | 79.72 |
| GROSS WAGES |  |  |  | + | 40.14 | 80.28 |
| SOCIAL SECURITY |  |  |  | − | 2.49 | 4.98 |
| MEDICARE |  |  |  | − | .58 | 1.16 |
| Pennsylvania State |  |  |  | − | 1.23 | 2.46 |
| Local EIT PSD Code 720601 | − | .40 | .80 |  |  |  |
| PAUC | − | .02 | .04 |  |  |  |
| DIRECT DEPOSIT To Checking Acct #####248633 |  |  |  | − | 35.42 | 70.84 |

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 02/06/2019 with      DD 586995
   by   Plum Borough Community Library

- **klingensmithm@einetwork.net**

To:nancy.toy2009@yahoo.com

Feb 20 at 1:00 AM

```
                                                            This Pay   Year To
Date
REGULAR HOURS              at $       10.00   per hour         8.00
24.00
AFLAC.INS                                                     39.86
119.58
GROSS WAGES                                            +      40.14
120.42
SOCIAL SECURITY                                        -       2.49
7.47
MEDICARE                                               -        .58
1.74
Pennsylvania State                                     -       1.23
3.69
Local EIT PSD Code 720601                              -        .40
1.20
PAUC
-           .02         .06
DIRECT DEPOSIT To   Checking Acct #####248633          -      35.42
106.26

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 02/20/2019 with       DD 588478
  by   Plum Borough Community Library
```

- o
- o
- o
- o

---

- Reply
- ,
- Reply All
- or
- Forward

Send

- **mithm@einetwork.net**

  To:nancy.toy2009@yahoo.com

  Mar 20 at 1:00 AM

|  |  |  |  |  | This Pay | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HOURS | at $ | 10.00 | per hour |  | 8.00 | 32.00 |
| AFLAC.INS |  |  |  |  | 39.86 | 159.44 |
| GROSS WAGES |  |  |  | + | 40.14 | 160.56 |
| SOCIAL SECURITY |  |  |  | - | 2.49 | 9.96 |
| MEDICARE |  |  |  | - | .58 | 2.32 |
| Pennsylvania State |  |  |  | - | 1.23 | 4.92 |
| Local EIT PSD Code 720601 |  |  |  | - | .40 | 1.60 |
| PAUC | - | .02 | .08 |  |  |  |
| DIRECT DEPOSIT To | Checking Acct #####248633 |  |  | - | 35.42 | 141.68 |

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 03/20/2019 with     DD 591570
  by  Plum Borough Community Library

- 
- 
- 
- 

---

- Reply
- ,
- Reply All
- or
- Forward

Send

**gensmithm@einetwork.net**
To:nancy.toy2009@yahoo.com
Apr 17 at 1:00 AM

```
                                                          This Pay   Year To
                                                                      Date
REGULAR HOURS          at $      10.00   per hour           8.50
48.50
AFLAC.INS                                                  39.86
239.16
GROSS WAGES                                         +      45.14
245.84
SOCIAL SECURITY                                     -       2.80
15.25
MEDICARE                                            -        .65
3.55
Pennsylvania State                                  -       1.39
7.54
Local EIT PSD Code 720601                           -        .45
2.45
PAUC
-            .03           .13
DIRECT DEPOSIT To  Checking Acct #####248633        -      39.82
216.92

SS # 193-46-xxxx Employee 11 Nancy L. Toy
Paid on 04/17/2019 with     DD 594872
  by  Plum Borough Community Library
```

- **ngensmithm@einetwork.net** <klingensmithm@einetwork.net>

To:nancy.toy2009@yahoo.com

May 1 at 1:00 AM

```
                                                    This Pay   Year To
Date
REGULAR HOURS           at $       10.00  per hour      9.00
57.50
AFLAC.INS                                              39.86
279.02
GROSS WAGES                                    +       50.14
295.98
SOCIAL SECURITY                                -        3.11
18.36
MEDICARE                                       -         .73
4.28
Pennsylvania State                             -        1.54
9.08
Local EIT PSD Code 720601                      -         .00
2.45
Local EIT PSD Code 650903
      -       .50        .50
PAUC
      -       .03        .16
DIRECT DEPOSIT To   Checking Acct #####248633  -       44.23
261.15

SS # 193-46-xxxx Employee 11 Nancy L. Toy
Paid on 05/01/2019 with       DD 596481
   by   Plum Borough Community Library
```

- o
- o
- o
- o

---

- Reply
- ,
- Reply All
- or
- Forward

Send

- **klingensmithm@einetwork.net**

  To:nancy.toy2009@yahoo.com

  May 29 at 1:00 AM

  ```
                                                      This Pay    Year To
  Date
  REGULAR HOURS           at $      10.00 per hour        8.00
  65.50
  AFLAC.INS                                              39.86
  318.88
  GROSS WAGES                                     +      40.14
  336.12
  SOCIAL SECURITY                                 -       2.49
  20.85
  MEDICARE                                        -        .58
  4.86
  Pennsylvania State                              -       1.23
  10.31
  Local EIT PSD Code 720601                       -        .00
  2.45
  Local EIT PSD Code 650903
  -           .40            .90
  PAUC
  -           .02            .18
  DIRECT DEPOSIT To   Checking Acct #####248633   -      35.42
  296.57

  SS # 193-46-xxxx Employee 11 Nancy L. Toy
  Paid on 05/29/2019 with       DD 599742
    by  Plum Borough Community Library
  ```

  - 
  - 
  - 
  - 

  ---

  - Reply
  - ,
  - Reply All
  - or
  - Forward

  Send

o:nancy.toy2009@yahoo.com
Jun 12 at 1:00 AM

| | | | | | This Pay | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HOURS | at $ | 10.00 | per hour | | 8.00 | 73.50 |
| AFLAC.INS | | | | | 39.86 | 358.74 |
| GROSS WAGES | | | | + | 40.14 | 376.26 |
| SOCIAL SECURITY | | | | - | 2.49 | 23.34 |
| MEDICARE | | | | - | .58 | 5.44 |
| Pennsylvania State | | | | - | 1.23 | 11.54 |
| Local EIT PSD Code 720601 | | | | - | .00 | 2.45 |
| Local EIT PSD Code 650903 | | | | - | .40 | 1.30 |
| PAUC | - | .02 | .20 | | | |
| DIRECT DEPOSIT To Checking Acct #####248633 | | | | - | 35.42 | 331.99 |

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 06/12/2019 with     DD 601511
  by  Plum Borough Community Library

ngensmithm@einetwork.net
To: nancy.toy2009@yahoo.com
Jun 26 at 1:30 AM

|  |  |  |  |  | This Pay | Year To Date |
|---|---|---|---|---|---|---|
| REGULAR HOURS | at $ | 10.00 | per hour |  | 12.50 | 86.00 |
| AFLAC.INS |  |  |  |  | 39.86 | 398.60 |
| GROSS WAGES |  |  |  | + | 85.14 | 461.40 |
| SOCIAL SECURITY |  |  |  | - | 5.28 | 28.62 |
| MEDICARE |  |  |  | - | 1.23 | 6.67 |
| Pennsylvania State |  |  |  | - | 2.61 | 14.15 |
| Local EIT PSD Code 720601 |  |  |  | - | .00 | 2.45 |
| Local EIT PSD Code 650903 |  |  |  | - | .85 | 2.15 |
| PAUC | - | .05 | .25 |  |  |  |
| DIRECT DEPOSIT To Checking Acct ####248633 |  |  |  | - | 75.12 | 407.11 |

SS # xxx-xx-6341 Employee 11 Nancy L. Toy
Paid on 06/26/2019 with    DD 603065
  by  Plum Borough Community Library