**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−22512−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Austin E. Toy Jr. | Nancy L. Toy |
| 728 Indiana Avenue | 728 Indiana Avenue |
| Avonmore, PA 15618 | Avonmore, PA 15618 |

Social Security No.:
   xxx−xx−5348                                                        xxx−xx−6341

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Matthew M. Herron | Lisa M. Swope |
| The Debt Doctors, LLC | Neugebauer & Swope, P.C. |
| 607 College Street | 219 South Center Street |
| Suite 101 | P. O. Box 270 |
| Pittsburgh, PA 15232 | Ebensburg, PA 15931 |
| Telephone number: 412−395−6001 | Telephone number: 814−472−7151 |

DATE/TIME/LOCATION OF MEETING OF
CREDITORS
October 18, 2019
09:00 AM
Commissioners Hearing Room No.1, Westmoreland
County Courthouse, Greensburg, PA 15601

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 9/10/19                                                                                    BY THE COURT

                                                                                                Gregory L. Taddonio
                                                                                                Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-22512-GLT
Austin E. Toy                                                       Chapter 7
Nancy L. Toy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2              Date Rcvd: Sep 10, 2019
                              Form ID: rsc            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
```
db/jdb         +Austin E. Toy, Jr.,    Nancy L. Toy,    728 Indiana Avenue,    Avonmore, PA 15618-9739
15090123       +Alltran Financial, LP,    PO Box 722901,    Houston, TX 77272-2901
15090124        Amazon/Chase,    P.O. Box 152123,    Wilmington, DE 19850
15090125       +Barclay's Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
15090129        CBCS,   PO Box 2724,    Columbus, OH 43216-2724
15090130        Chase,   PO Box 1423,    Charlotte, NC 28201-1423
15090131        CitiCards,    PO Box 9001037,    Louisville, KY 40290-1037
15090133       +CitiFinancial,    PO Box 9001082,    Louisville, KY 40290-1082
15090132        Citicards CBNA,    PO Box 6241,    lbs Cdv Disputes,    Sioux Falls, SD 57117-6241
15090134       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
15090135       +D&A Services,   1400 E. Touhy Ave, Ste. G2,    Des Plaines, IL 60018-3338
15090136      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Preferred Account,    P.O. Box 6403,    Carol Stream, IL 60197)
15090138       +First Bank Card,    PO Box 2557,    Omaha, NE 68103-2557
15090141       +JPMCB Card,    PO Box 15298,    Wilmington, DE 19850-5298
15090142        Juniper,    PO Box13337,    Philadelphia, PA 19101-3337
15090143       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
15090147       +Plum Borough Municipal Authority,    4555 New Texas Rd.,    Pittsburgh, PA 15239-1195
15090150        Portfolio Recovery Associates, LLC,    PO Box 12919,    Norfolk, VA 23541
15090151       +Quest Diagnostics,    PO Box 740717,    Cincinnati, OH 45274-0717
15090157       +SST Card Services,    PO Box 23060,    Columbus, GA 31902-3060
15090158       +SST/SYNOVUS,    P.O. Box 3997,    Saint Joseph, MO 64503-0997
15090154        Sears,   PO Box 9001055,    Louisville, KY 40290-1055
15090161       +UPMC Physician Services,    PO Box 16346,    Pittsburgh, PA 15242-0346
15090165       +WF FIN BANK,    3201 N 4th Ave.,    Sioux Falls, SD 57104-0700
15090162       +Wells Fargo,    PO Box 660553,    Dallas, TX 75266-0553
15090163        Weltman, Weinberg & Reis,    437 Seventh Avenue, Suite 2500,    Pittsburgh, PA 15219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 11 2019 02:29:38      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 11 2019 02:30:05      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2019 02:34:48
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15090126       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 11 2019 02:29:59
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd.,    Miami, FL 33146-1837
15090127        E-mail/Text: bankruptcy@cavps.com Sep 11 2019 02:29:56      Calvary Portfolio Services, LLC,
                 P.O. Box 27288,    Tempe, AZ 85282
15090128        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 11 2019 02:34:48      Capital One Bank,
                 PO Box 71083,    Charlotte, NC 28272-1083
15090137        E-mail/Text: data_processing@fin-rec.com Sep 11 2019 02:29:35      Financial Recovery Services,
                 P.O. Box 385908,    Minneapolis, MN 55438-5908
15090139       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 11 2019 02:29:35      Gander Mountain,
                 PO Box 659569,    San Antonio, TX 78265-9569
15090140       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:34:47      JCPenney,    PO Box 965009,
                 Orlando, FL 32896-5009
15090144       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 11 2019 02:35:07      LVNV Funding,
                 PO Box 1269,    Greenville, SC 29602-1269
15090145        E-mail/PDF: cbp@onemainfinancial.com Sep 11 2019 02:34:46      One Main,    PO Box742536,
                 Cincinnati, OH 45274-2536
15090146       +E-mail/PDF: cbp@onemainfinancial.com Sep 11 2019 02:35:03      One Main Financial,    PO Box 1010,
                 Evansville, IN 47706-1010
15075887        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2019 02:52:17
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
15090149        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 11 2019 02:35:22
                 Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,    Norfolk, VA 23502
15090152       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:35:20      QVC,    PO Box 530905,
                 Atlanta, GA 30353-0905
15090156        E-mail/PDF: cbp@onemainfinancial.com Sep 11 2019 02:35:04      Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274-2536
15090159       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:35:20      SYNCB/Lowes,    PO Box 960010,
                 Orlando, FL 32896-0010
15090160        E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:34:47      SYNCB/Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
15090153       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:34:47      Sam's Club,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
15090155        E-mail/Text: jennifer.chacon@spservicing.com Sep 11 2019 02:30:13
                 Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0315-2          User: dkam                 Page 2 of 2                  Date Rcvd: Sep 10, 2019
                              Form ID: rsc               Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15076610       +E-mail/PDF: gecsedi@recoverycorp.com Sep 11 2019 02:35:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15090164       +E-mail/Text: BKRMailOps@weltman.com Sep 11 2019 02:29:51      Weltman, Weinberg & Reis Co., LPA,
                 323 W. Lakeside Ave.,    Ste 200,    Cleveland, OH 44113-1009
                                                                                             TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as Trustee, et al.
15090148*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502)
                                                                                         TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, PA73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com, PA73@ecfcbis.com
              Matthew M. Herron    on behalf of Debtor Austin E. Toy, Jr. mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Nancy L. Toy mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 7
```